UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION



## 13-CV-81143-COHN/SELTZER

ISAAC HAYES
    Plaintiff.

Case No.

-v-

ASSET ACCEPTANCE
AND JOHN & JANE DOE;
    Defendant.

### VERIFIED COMPLAINT

Plaintiff, ISAAC HAYES, hereby sues Defendant(s), ASSET ACCEPTANCE for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a)(iii).

### PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii).

2. Upon belief and information, Plaintiff contends that many of these practices are widespread for some or all of the Defendants. Plaintiff intends to propound discovery to Defendants identifying these other individuals who have suffered similar violations.

3. Plaintiff contends that the Collection Company Defendant have violated such laws by conspiring with each other to repeatedly harass Plaintiff in attempts to collect alleged but nonexistent debt.

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 47 U.S.C. §227(b)(3), and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

5. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

6. This is an action for damages which do exceed $15,000.00.

## PARTIES

7. Plaintiff, ISAAC HAYES, is a natural person and is a resident of the State of Florida.

8. Upon information and belief Defendant, ASSET ACCEPTANCE is a Florida corporation, authorized to do business in FLORIDA.

## *FACTUAL ALLEGATIONS*

9. On April 9, 2013 Asset Acceptance violated the TCPA by leaving 1 recorded message using automatic telephone dialing system or artificial or prerecorded voices on Plaintiffs residential phone.

10. On May 03, 2013 Asset Acceptance violated the TCPA by leaving 1 recorded message using automatic telephone dialing system or artificial or prerecorded voices on Plaintiffs residential phone.

11. On May 04, 2013 Asset Acceptance violated the TCPA by leaving 1 recorded message using automatic telephone dialing system or artificial or prerecorded voices on Plaintiffs residential phone.

13. On May 14, 2013 Asset Acceptance violated the TCPA by leaving 1 recorded message using automatic telephone dialing system or artificial or prerecorded voices on Plaintiffs residential phone.

14. On May 15, 2013 Asset Acceptance violated the TCPA by leaving 1 recorded message using automatic telephone dialing system or artificial or prerecorded voices on Plaintiffs residential phone.

15. On May 17, 2013 Asset Acceptance violated the TCPA by leaving 1 recorded message using automatic telephone dialing system or artificial or prerecorded voices on Plaintiffs residential phone.

16. On May 18, 2013 Asset Acceptance violated the TCPA by leaving 1 recorded message using automatic telephone dialing system or artificial or prerecorded voices on Plaintiffs residential phone.

17. On May 20, 2013 Asset Acceptance violated the TCPA by leaving 1 recorded message using automatic telephone dialing system or artificial or prerecorded voices on Plaintiffs residential phone.

18. On May 21, 2013 Asset Acceptance violated the TCPA by leaving 1 recorded message using automatic telephone dialing system or artificial or prerecorded voices on Plaintiffs residential phone.

19. On May 23, 2013 Asset Acceptance violated the TCPA by leaving 1 recorded message using automatic telephone dialing system or artificial or prerecorded voices on Plaintiffs residential phone.

## COUNT I
## VIOLATIONS OF THE TELEPHONE
## COMMUNICATIONS ACT 47 U.S.C. §227

20. Plaintiff alleges and incorporates the information in paragraphs 1 through 19.

21. Defendant(s) ASSET ACCEPTANCE has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A)(B) by using an automatic telephone dialing system to call the Plaintiff's number, which is assigned to a residential telephone line.

22. Defendant(s) ASSET ACCEPTANCE has committed separate violations of 47 U.S.C. §227(b)(1)(A)(B) and 47 U.S.C. §227(b)(3)(B).

23. Defendant(s) ASSET ACCEPTANCE has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A)(B) by calling the Plaintiff's number, which is assigned to a residential telephone service. The Plaintiff has never given ASSET ACCEPTANCE permission to call Plaintiffs resident and leave messages. 47 U.S.C. §227(b)(3)(B). Plaintiff and ASSET ACCEPTANCE do not have an established business relationship within the meaning of 47 U.S.C. §227.

**WHEREFORE,** Plaintiff demands judgment for damages against ASSET ACCEPTANCE and for actual or statutory damages, and punitive damages, attorney's fees and costs.

## COUNT II
## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANTS ASSET ACCEPTANCE

24. Plaintiff alleges and incorporates the information in paragraphs 1 through 23.

25. ASSET ACCEPTANCE placed no less than 10 telephone calls to the Plaintiff's residential telephone.

Defendant knew or should have known that the phone calls made were inconvenient to the consumer. Such communications are prohibited by 15 U.S.C. § 1692c (a)(1).

**WHEREFORE,** Plaintiff demands judgment for damages against, ASSET ACCEPTANCE and for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to15 U.S.C. §1692.

## COUNT III
## VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA), FLA. STAT. §559(Part VI) BY DEFENDANTS ASSET ACCEPTANCE

26. Plaintiff alleges and incorporates the information in paragraphs 1 through 25.

27. Plaintiff is a consumer within the meaning of §559.55(2).

28. ASSET ACCEPTANCE are debt collectors within the meaning of §559.55(6).

29. ASSET ACCEPTANCE violated §559.72(7) by willfully communicating with Plaintiff with such frequency as could reasonably be expected to harass Plaintiff.

30. ASSET ACCEPTANCE violated §559.72(15) by refusing to provide adequate identification of herself or himself or her or his employer or other entity whom she or he represents when requested to do so by a debtor from whom she or he is collecting or attempting to collect a consumer debt.

**WHEREFORE,** Plaintiff demands judgment for damages against ASSET ACCEPTANCE and for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Fla. Stat. §559.77.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

## CERTIFICATE OF VERIFICATION

Plaintiff swear and verify under the Penalty of Perjury under the laws of the United States of America and the State of Florida that they have read the above statements which are not misleading and are true and correct to the best of his/her knowledge they are of good faith arguments well grounded in facts warranted by existing law and statements are not unnecessary delays or to harass or needlessly increase the cost of litigation.

Executed on November 16, 2013

_____
Isaac J. Hayes

## Certificate of Service

I certify that to the best of the my knowledge, information, and belief, formed after an inquiry reasonable under the circumstance it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; the claims, defenses, and other legal contentions are warranted by existing law or by a non frivolous argument for extending, modifying, or reversing existing law or for establishing new law the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery and the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information and that a true copy hereof has been furnished to all parties listed below by the method indicated for each party.

_____
Isaac J. HAYES
480 w 35th st
Riviera Beach Fl. 33404
ljhayes.hayes13@gmail.com
561.848.1473

# CIVIL COVER SHEET

JS 44 (Rev. 2/08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

**I. (a) PLAINTIFFS:** ISAAC HAYES

**DEFENDANTS:** ASSET ACCEPTANCE

**(b)** County of Residence of First Listed Plaintiff: PALM BEACH
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: ___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number): N/A

Attorneys (If Known):

**(d) Check County Where Action Arose:** ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☒ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (Place an "X" in One Box for Plaintiff and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

CONTRACT:
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

REAL PROPERTY:
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

TORTS — PERSONAL INJURY:
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

TORTS — PERSONAL INJURY:
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY:
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

CIVIL RIGHTS:
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

PRISONER PETITIONS:
- ☐ 510 Motions to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

FORFEITURE/PENALTY:
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

LABOR:
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

IMMIGRATION:
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

BANKRUPTCY:
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS:
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY:
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS:
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

OTHER STATUTES:
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Re-filed (see VI below)
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page): JUDGE: ___   DOCKET NUMBER: ___

**VII. CAUSE OF ACTION:** Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): TCPA; Telephone communication Act 47 USC 227(b)(1), 47 USC 227(g)

LENGTH OF TRIAL via 3 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ ___

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD: [signature]   DATE: ___

FOR OFFICE USE ONLY
AMOUNT ___   RECEIPT # ___   IFP ___