UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81143-CIV-COHN/SELTZER

ISAAC HAYES,

    Plaintiff,

v.

ASSET ACCEPTANCE and
JOHN & JANE DOE,

    Defendants.
_____/

### ORDER REGARDING ENTRY OF DEFAULT

**THIS CAUSE** is before the Court *sua sponte*. On February 10, 2014, Plaintiff moved for entry of default against Defendant Asset Acceptance because it had not timely responded to the Complaint. See DE 12. The Clerk entered default against Asset Acceptance the same day. See DE 13. But Plaintiff has not yet moved for entry of a final default judgment against Asset Acceptance. See Fed. R. Civ. P. 55(b)(2). Accordingly, it is **ORDERED AND ADJUDGED** that by **March 31, 2014,** Plaintiff shall file a motion for final default judgment against Defendant Asset Acceptance.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 17th day of March, 2014.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Isaac Hayes, *pro se*
480 w 35th St.
Riviera Beach, FL  33404